JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., Respondent, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, Defendants. PLATON ROZDESTVENSKY, Respondent, Impleaded with ADAM PHILIPPOVSKY, Appellant, and MERRILL E. GATES, JR., as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., Respondent, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, Defendants. PLATON ROZDESTVENSKY, Respondent, Impleaded with ADAM PHILIPPOVSKY, Appellant, and MERRILL E. GATES, JR., as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., Respondent, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, Defendants. PLATON ROZDESTVENSKY, Respondent, Impleaded with ADAM PHILIPPOVSKY, Appellant, and MERRILL E. GATES, JR., as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, Plaintiffs, v. TIMOTHY CHEMKOWITZ and Others, Defendants, Impleaded with ADAM PHILIPPOVSKY, Individually, etc., and Others, Appellants, and PLATON ROZDESTVENSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, Plaintiffs, v. TIMOTHY CHEMKOWITZ and Others, Defendants, Impleaded with ADAM PHILIPPOVSKY, Individually, etc., and Others, Appellants, and PLATON ROZDESTVENSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, Plaintiffs, v. TIMOTHY CHEMKOWITZ and Others, Defendants, Impleaded with ADAM PHILIPPOVSKY, Individually, etc., and Others, Appellants, and PLATON ROZDESTVENSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, Plaintiffs, v. TIMOTHY CHEMKOWITZ and Others, Defendants, Impleaded with ADAM PHILIPPOVSKY, Individually, etc., Appellant, and PLATON ROZDESTVENSKY, Respondent. (MAURICE B. GLUCK, Attorney Appellant.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES H. SHERATON, Respondent, v. MACFADDEN PUBLICATIONS, INC., Defendant, Impleaded with JOHN MILEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars